UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

CHERYL L. ENCISO

    Debtor.

_____/

Bankruptcy No. 12-32966
Honorable Daniel S. Opperman
Chapter 13

CHERYL L. ENCISO

    Plaintiff,

v.

FIFTH THIRD BANK

    Defendant.

_____/

Adversary Case No.

## AMENDED CERTIFICATION OF SERVICE

I, **DAWN M. ENGEL,** an employee of CHIMKO & ASSOCIATES, P.C., 26212 Woodward Ave., Royal Oak, Michigan 48067 certify:

    That I am, and at all times hereinafter mentioned was, more than 18 years of age:

    That on 9/7/2012 I served a copy of the within summons together with the complaint filed in this proceeding, on the named defendant in this proceeding, by certified mail:

the said defendant at:

    Fifth Third Bank
    Kevin T. Kabat, President
    Fifth Third Center 38
    Cincinnati, OH 45263-0001

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 09-7-12             __/S/ DAWN M. Engel_____
                                       DAWN M. ENGEL

26212 Woodward Ave., Royal Oak, Michigan 48067

_____

** State post office address