**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | David Michael Albers |
| Debtor 2 (Spouse, if filing) | Holly Ann Albers |
| United States Bankruptcy Court for the: | Eastern District of Michigan (State) |
| Case number | 11-52976 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Citizens Bank, N.A.

**Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 8 9 7 3

**Date of payment change:**
Must be at least 21 days after date of this notice: 3/1/2016

**New total payment:** $ 897.28
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $230.30      New escrow payment: $ 188.59

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Debtor 1  David Michael Albers                                Case number (*if known*) 11-52976
         First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /S/
Signature                                                     Date

Trott # 369548B05

Print:                                                        Title  Attorney for RBS Citizens, N.A.
       First Name   Middle Name   Last Name

Company   Trott Law, P.C.

Address   31440 Northwestern Hwy Ste 200
          Number          Street

          Farmington Hills, MI  48334-5422
          City                            State    ZIP Code

Contact phone  248.642.2515                      Email  EasternECF@trottlaw.com